ANNE KERR, Plaintiff-Appellant, *v.* THE CITY OF CHICAGO *et al.,* Defendants-Appellees.

(No. 56896; ▮▮▮▮▮▮▮▮

First District (2nd Division)—May 29, 1973.

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Cotton, Watt, Jones, King & Bowlus, of Chicago, (Richard F. Watt, Robert H. Nichols, and Thomas D. Allison, of counsel,) for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Thomas J. Cachor, Assistant Corporation Counsel, of counsel,) for appellees.